No. 944. UNITED STATES v. EL PASO NATURAL GAS Co. ET AL. Appeal from the United States District Court for the District of Utah. Motion of the State of California for leave to file a brief, as *amicus curiae*, granted. Probable jurisdiction noted. MR. JUSTICE WHITE took no part in the consideration or decision of this case. *Solicitor General Cox, Assistant Attorney General Loevinger and Robert B. Hummel* for the United States. *Gregory A. Harrison, Arthur H. Dean, Charles V. Shannon, Atherton Phleger, Roy H. Steyer, Stephen Rackow Kaye, Leon*

*M. Payne* and *Dennis McCarthy* for appellee El Paso Natural Gas Co. *William M. Bennett* for the State of California, as *amicus curiae,* in support of the United States.